1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

AMANDA LYNN SANDBERG, a single
person,

        Plaintiff,

       v.

BUCKS OF PORT ORCHARD, INC., *et al.*,

        Defendants.

Case No. C04-5179FDB

ORDER TO SHOW CAUSE

     It appears that the Plaintiff is currently in North Carolina pursuant to a military assignment. Generally, a person's last civilian domicile is retained upon entering military service. It is Plaintiff's burden to demonstrate diversity of citizenship. Therefore, under these circumstances, this Court does not have jurisdiction over this cause of action.   NOW, THEREFORE,

     IT IS ORDERED: Plaintiff shall show cause by Friday, June 17, 2005, the date of the pretrial conference, why this cause of action should not be dismissed.

     DATED this 13th day of June, 2005.

                                FRANKLIN D. BURGESS
                                UNITED STATES DISTRICT JUDGE

ORDER - 1